IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:11CR182-RAH-1 |
| | ) | |
| JOSEPH KYLE EDBERG | ) | |

## **O R D E R**

For good cause, it is

ORDERED the fourth paragraph of the Special Conditions of Supervision (Doc. 87, p. 4) are MODIFIED effective March 19, 2021, as follows:

The Defendant shall have no contact with children under the age of 18; except that Defendant may have supervised contact with family members who are under the age of 18. Such supervised contact with minor children of family members shall never be alone. The Defendant will refrain from entering into any place where children normally congregate, without the written approval of the court.

DONE, on this the 19th day of March, 2021.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE